IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN R. GRABOFF, M.D.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN ASSOCIATION OF<br>ORTHOPAEDIC SURGEONS and<br>AMERICAN ACADEMY OF<br>ORTHOPAEDIC SURGEONS,<br><br>　　　　　　Defendants. | CIVIL ACTION<br>NO. 12-5491 |

### ORDER

**AND NOW**, this 2nd day of May 2013, upon consideration of the Motion to Dismiss (Doc. No. 5), the Response of Plaintiff in Opposition (Doc. No. 7), and the Reply in Further Support of the Motion to Dismiss (Doc. No. 8), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that:

1. Defendant's Motion to Dismiss (Doc. No. 5) is **GRANTED**.
2. This action is **DISMISSED WITH PREJUDICE**.
3. All pending Motions are **DENIED AS MOOT**.
4. The Clerk of the Court shall close this case for statistical purposes.

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　/s/ Joel H. Slomsky
　　　　　　　　　　　　　　　　　　JOEL H. SLOMSKY, J.